PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE AVALOS-CASTRO, ET AL.,<br><br>                              Defendants. | CASE NO.  1:20-CR-00093-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET STATUS CONFERENCE |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulates as follows:

1.  By previous order, this case was set for a trial on November 7, 2023, before the Hon. Jennifer L. Thurston.

2.  Mr. Avalos-Castro has retained a new attorney.  The parties now stipulate to vacate the trial on November 7, 2023, and request that the matter be placed on calendar for a **status conference** on **November 1, 2023 at 1:00 p.m. before the Hon. Sheila K. Oberto**.  This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for new counsel to review the discovery and conduct independent investigation necessary for setting the case for a trial or resolving the case.

3.  With respect to Mr. Corrales-Enriquez, counsel had indicated that the additional time is necessary to meet with his client and discuss the government's plea offer as well as to conduct

1

independent investigation and review of the discovery to prepare for a trial or a change of plea hearing.

4. No exclusion of time is necessary as time has already been excluded up to and including November 7, 2023.

5. The parties stipulate and request that the Court make the following findings:

    a. The government has represented that the discovery associated with this case includes investigative reports, numerous photographs and videos, hundreds of hours of recorded telephone conversations pursuant to wiretap order, cellular phone extractions, and large amounts of cellular telephone precise location data. The discovery is voluminous and includes over 30,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial. The government is in the process of producing this discovery to Mr. Avalos-Castro's new counsel and expects to have this completed in the next 14 days.

    b. Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

    c. Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  September 29, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ *Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney


/s/ Colin Cooper

Dated:  September 29, 2023

Colin Cooper
Counsel for Defendant
Jose Avalos-Castro


Dated:  September 29, 2023

/s/ Robert Conrad Lamanuzzi
Robert Conrad Lamanuzzi
Counsel for Defendant
Joe Corrales-Enriquez


**ORDER**

IT IS SO ORDERED.


DATED:  10/2/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE