PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSE AVALOS-CASTRO, ET AL.,<br><br>                    Defendants. | CASE NO. 1:20-CR-00093-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulates as follows:

1. By previous order, this case was set for a status conference on November 1, 2023, before the Hon. Sheila K. Oberto.

2. Mr. Avalos-Castro has retained a new attorney. The government had previously produced all the discovery in the case, including thousands of pages of investigative reports, photographs, cell phone extractions, and other media evidence. New counsel for Avalos-Castro has now received that discovery and has begun to review it. Counsel for both defendants are also engaged in discussions about a pretrial resolution. And defense counsel needs additional time to investigate, negotiate a plea resolution, and meet with their clients.

3. The parties now stipulate to vacate the status conference on November 1, 2023, and request that the matter be placed on calendar for a **trial** on **August 20, 2024 at 8:30 a.m. before the Hon. Jennifer L. Thurston**. This is the earliest available date to ensure continuity of defense counsel

1

and allow sufficient time for new counsel to review the discovery and conduct independent investigation necessary for setting the case for a trial or resolving the case.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 1, 2023 to August 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

IT IS SO STIPULATED.

Dated:  October 20, 2023                                    PHILLIP A. TALBERT
                                                            United States Attorney

                                                            /s/ *Justin J. Gilio*
                                                            JUSTIN J. GILIO
                                                            Assistant United States Attorney

Dated:  October 20, 2023                                    /s/ Colin Cooper

                                                            Colin Cooper
                                                            Counsel for Defendant
                                                            Jose Avalos-Castro

Dated:  October 20, 2023                                    /s/ Robert Conrad Lamanuzzi
                                                            Robert Conrad Lamanuzzi
                                                            Counsel for Defendant
                                                            Joe Corrales-Enriquez

**ORDER**

IT IS SO ORDERED.

DATED: 10/20/2023

_Sheila K. Oberto_
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3