Robert C Lamanuzzi, Esq (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Joe Corrales-Enriquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOE CORRALES- ENRIQUEZ<br><br>Defendant. | No.  1:20-cr-00093-004<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |

On December 17th, 2020, Defendant Joe Corrales-Enriquez was indicted on federal charges.  CJA Panel Attorney Robert Lamanuzzi was appointed as trial counsel to represent Mr. Joe Corrales-Enriquez on December 17, 2020 in his criminal case.  Mr. Corrales-Enriquez was sentenced pursuant to plea agreement on April 22, 2024. The time for filing a direct appeal was May 13, 2024.  No direct appeal was filed. Mr. Corrales-Enriquez was in custody at sentencing. Mr. Corrales-Enriquez was remanded to custody of the Bureau of Prisons as directed on April 22, 2024.  The trial phase of Mr. Corrales-Enriquez criminal case has, therefore, come to an end. Having completed his representation of Mr. Corrales-Enriquez, CJA attorney Robert Lamanuzzi now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Corrales-Enriquez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 09/27/2024                                              Respectfully submitted,

                                        /s/ Robert Lamanuzzi
                                        Robert Lamanuzzi, Attorney for
                                        Defendant, Joe Corrales-Enriquez

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joe Corrales-Enriquez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Joe Corrales- Enriquez BOP # 22826-509
LOMPOC
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA   93436

IT IS SO ORDERED.

Dated:    **September 28, 2024**                                              /s/ Jennifer L. Thurston
                                                                                            UNITED STATES DISTRICT JUDGE